IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NOVAN, INC., et al.,<br><br>　　　　　Debtors.<br>_____<br>ACLARIS THERAPEUTICS, INC.,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>NOVAN INC., et al.,<br><br>　　　　　Appellees.<br>_____ | ) Chapter 11<br>) Bk. No. 23-10937 (LSS)<br>) BK. BAP No. 23-53<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-1039-CFC<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 30th day of October 2023, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **December 1, 2023.**

2. Appellees' brief in opposition to the appeal is due on or before **January 3, 2024.**

3. Appellant's reply brief is due on or before **January 19, 2024.**

                                                                    */s/ Colm F. Connolly*
                                                                         Chief Judge