## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NOVAN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Bk. Case No. 23-10937 (LSS)<br>Bk. BAP No. 23-53 |
| ACLARIS THERAPEUTICS, INC.,<br><br>Appellant,<br><br>v.<br><br>NOVAN INC., *et al*.,<br><br>Appellees. | Civil Action No. 1:23-cv-01039-CFC |

### STIPULATION OF DISMISSAL

Appellant, Aclaris Therapeutics, Inc., Appellees, Novan, Inc. and EPI Health, LLC, and Intervenor Appellee Mayne Pharma LLC, hereby stipulate and agree to the voluntary dismissal of the above-captioned appeal, with prejudice, pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure.  Appellant represents that all costs and fees due

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digitals of the Debtors' federal tax identification number (if applicable), are: Novan, Inc. (7682) and EPI Health, LLC (9118). The corporate headquarters and the mailing address for the Debtors is 4020 Stirrup Creek Drive, Suite 110, Durham, NC 27703.

have been paid to the United States District Court for the District of Delaware.  Each party

is to bear its own fees and costs.

Dated: February 14, 2024
        Wilmington, Delaware        **DLA PIPER LLP (US)**

                                    */s/ Aaron S. Applebaum*
                                    Aaron S. Applebaum
                                    Matthew S. Sarna
                                    DLA PIPER LLP (US)
                                    1201 N. Market Street, Suite 2100
                                    Wilmington, DE 19801
                                    Telephone: (302) 468-5700
                                    Facsimile: (302) 394-2341
                                    Email:  aaron.applebaum@us.dlapiper.com
                                            matthew.sarna@us.dlapiper.com

                                    *Counsel to Appellant*


                                    **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                                    */s/ Daniel B. Butz*
                                    Derek C. Abbott (No. 3376)
                                    Daniel B. Butz (No. 4227)
                                    Scott D. Jones (No. 6672)
                                    Morris, Nichols, Arsht & Tunnell LLP
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE 19899
                                    (302) 658-9200
                                    Email: dbutz@mnat.com

                                    *Counsel to Debtor-Appellees*

Active\1607363121.3

**K&L GATES LLP**

*/s/ A. Lee Hogewood, III*
A. Lee Hogewood , III
David Fine
John R. Gardner
Megan E. O'Connor
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
302-943-9355
Email: a.lee.hogewoodIII@klgates.com

*Counsel to Intervenor Appellee*